UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUMMER VELISEK, individually and on
behalf of the Rule 23 putative classes,

    Plaintiff,

v.      Case No. 6:12-cv-1417-ORL-22TBS

CHASE HOME FINANCE, LLC, successor by
merger to CHASE MANHATTAN
MORTGAGE CORP., and BUTLER &
HOSCH, P.A.,

    Defendants.
_____/

## ORDER

Pending before the Court is the parties' Joint Agreed Motion to Extend Deadlines (Doc. 41). Upon due consideration, the motion is GRANTED as follows: (1) Defendants JP Morgan Chase Bank, N.A. and Butler Hosch, P.A. shall have through January 15, 2013 within to respond to Plaintiff's Second Amended Complaint; and (2) the parties shall have through January 15, 2013 within to serve their mandatory initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1).

    IT IS SO ORDERED.

    DONE AND ORDERED in Orlando, Florida, on January 7, 2013.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel